UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2011 DEC -1  P 12: 33
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 11-cr-10394-
)
MICHAEL LEE )
)
Defendant. )

## GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as companies impacted by the crimes alleged in the above-captioned information:

ZipGlobal Holdings, Inc.

Augrid Gobal Holdings, Inc.

Omega Ventures, Inc.

Chrystal Resource Corporation

Outfront Companies, Inc.

Optimized Logistics, Inc.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Sarah E. Walters
Sarah E. Walters
Vassili Thomadakis
Assistant U.S. Attorneys

Dated: December 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this documents has been mailed, via first class mail, to Thomas Brant, counsel to the defendant Michael Lee.

/s/ Sarah E. Walters
Sarah E. Walters
Assistant United States Attorney

Date: December 1, 2011